### HOPPIN agᵗ COOPER etc.

Thomas Hoppin plaint. agᵗ Elisabeth Makepeace, Josiah Cooper and Waitstill his wife or either of them as they are Execʳˢ to the last will of Thomas Makepeace Defᵗ in an action of the case for not paying

the Summe of ten pound with what else may appeare as a Legacy in the last will of s^d Makepeace to bee due to the plaint. with other due damages etc. . . . The Jury . . . found for the Defend^t costs of Court.  [459]